District Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* Jeremy Conklin, D.O.,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>UW MEDICINE, et al.,<br><br>　　　　　　　　　Defendants. | CASE NO. 18-cv-109 MJP<br><br>**FILED UNDER SEAL**<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME |

　　　The United States has filed an *ex parte* Application for an Extension of time to Consider Election to Intervene, in which the government seeks a three (3) month extension of time, or until July 27, 2018, in which to notify the Court whether it intends to intervene in this *qui tam* lawsuit. Such an extension of time is expressly contemplated by the False Claims Act, which provides that the United States "may, for good cause shown move the Court for extensions of time." 31 U.S.C. § 3730(b)(3). The Court finds that the *ex parte* Application establishes good cause.

　　　Accordingly, it is hereby ORDERED that the United States shall have until July 27, 2018, to notify the Court of its decision whether or not to intervene in this *qui tam* action. The Clerk shall maintain the Complaint and other filings under seal for the duration of the government's investigation.

ORDER - 1
(18-cv-109 MJP)
FILED UNDER SEAL

1     DATED this 27th day of April, 2018.

2

3

4                                       _____

5                                       Marsha J. Pechman
                                        United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER - 2
(18-cv-109 MJP)
FILED UNDER SEAL