UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* Jeremy Conklin, D.O.,<br><br>Plaintiff,<br><br>v.<br><br>UW MEDICINE, a public health system; UW MEDICINE/NW, a Washington public benefit coporatio; UNIVERSITY OF WASHINGTON MEDICAL CENTER, a public hospital; UNIVERSITY OF WASHINGTON SCHOOL OF MEDICINE, a public school of medicine; PAUL RAMSEY, M.D., individually; LESTER PERMUT, M.D., individually; SEATTLE CHILDREN'S HOSPITAL, a Washington non-profit corporation; CHILDREN'S UNIVERSITY MEDICAL GROUP, a Washington non-profit group; MARY BRIDGE CHILDREN'S FOUNDATION, a Washington public benefit corporation; THORATIC SURGERY DIRECTORS ASSOCIATION, a North Carolina non-profit corporation; and ACCREDITATION COUNCIL FOR GRADUATE MEDICAL EDUCATION, an Illinois non-profit corporation;<br><br>Defendants. | CASE NO. 18-cv-109 MJP<br><br>**<u>FILED UNDER SEAL</u>**<br><br>ORDER |

ORDER - 1
(18-cv-109 MJP)
<u>FILED UNDER SEAL</u>

The United States having declined to intervene in this action pursuant to the False Claims Act, U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1. the complaint be unsealed and served upon the defendant by the relator;

2. all other contents of the Court's file in this action remain under seal and not be made public or served upon the defendant, except for this Order and The Government's Notice of Election to Decline Intervention, which the relator will serve upon the defendant only after service of the complaint;

3. the seal be lifted as to all other matters occurring in this action after the date of this Order;

4. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. the parties shall serve all notices of appeal upon the United States;

6. all orders of this Court shall be sent to the United States; and that

7. should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED,

DATED this 27 day of July, 2018.

MARSHA J. PECHMAN
United States District Judge

ORDER - 2
(18-cv-109 MJP)
FILED UNDER SEAL

Presented by:

_(signature)_

KAYLA C. STAHMAN, CA #228931

ORDER - 3
(18-cv-109 MJP)
<u>FILED UNDER SEAL</u>

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970