The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JEREMY CONKLIN, D.O., <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSITY OF WASHINGTON MEDICINE, et al. <br><br> Defendants. | Case No. 2:18-cv-00109-MJP <br><br> MOTION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE <br><br> **Clerk's Action Required** |

Relator, Jeremy Conklin, D.O., by and through his attorneys of record, hereby dismisses this matter and moves the Court to enter the subjoined Order dismissing this matter without prejudice and without costs to any party pursuant to Fed. R. Civ. P. 41(a)(1) and (2).

Respectfully submitted this 5th day of September, 2018.

HKM Employment Attorneys, LLP
*Attorneys for Relator Jeremy Conklin, D.O.*

By */s/ Kristi Favard*
Kristi Favard, WSBA No. 34419
kfavard@hkm.com
HKM Employment Attorneys, LLP
600 Stewart Street, Suite 901
Seattle, WA 98101
Phone: (206) 838-2504
Facsimile: (206) 260-3055

MOTION AND ORDER TO DISMISS - 1

**HKM EMPLOYMENT ATTORNEYS LLP**
600 Stewart Street, Suite 901
Seattle, Washington 98101
(206) 838-2504

# [PROPOSED] ORDER

THIS MATTER came before the Court on Relator, Jeremy Conklin, D.O.'s Motion to Dismiss this action without prejudice and without costs to any party.

Now therefore, IT IS HEREBY ORDERED THAT:

Relator's Motion to Dismiss is granted and this matter is DISMISSED WITHOUT PREJUDICE AND WITHOUT COSTS.

DATED this _____ day of _____, 2018.

_____
The Honorable Marsha J. Pechman

Presented by:

HKM Employment Attorneys, LLP
*Attorneys for Relator Jeremy Conklin, D.O.*

By */s/ Kristi Favard*
   Kristi Favard, WSBA No. 34419
   kfavard@hkm.com
   HKM Employment Attorneys, LLP
   600 Stewart Street, Suite 901
   Seattle, WA 98101
   Phone: (206) 838-2504
   Facsimile: (206) 260-3055

## CERTIFICATE OF SERVICE

I hereby certify that on the date below, I caused the foregoing document to be filed using CM/ECF, which will transmit the same to all counsel of record. Any parties not served via CM/ECF will be served in accordance with the Federal Rules of Civil Procedure.

DATED: September 5, 2018

By */s/ Kristi Favard*
Kristi Favard, WSBA No. 34419