District Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, *ex rel.*
Jeremy Conklin, D.O.,

                Plaintiff,

                v.

UW MEDICINE, a public health system; UW MEDICINE/NW, a Washington public benefit corporation; UNIVERSITY OF WASHINGTON MEDICAL CENTER, a public hospital; UNIVERSITY OF WASHINGTON SCHOOL OF MEDICINE, a public school of medicine; PAUL RAMSEY, M.D., individually; LESTER PERMUT, M.D., individually; SEATTLE CHILDREN'S HOSPITAL, a Washington non-profit corporation; CHILDREN'S UNIVERSITY MEDICAL GROUP, a Washington non-profit group; MARY BRIDGE CHILDREN'S FOUNDATION, a Washington public benefit corporation; THORACIC SURGERY DIRECTORS ASSOCIATION, a North Carolina non-profit corporation; and ACCREDITATION COUNCIL FOR GRADUATE MEDICAL EDUCATION, an Illinois non-profit corporation;

                Defendants.

CASE NO. 18-cv-109-MJP

**ORDER**

1     The Court, having considered Relator's Notice of Dismissal (Dkt. No. 7) and the United States' Consent to Dismissal (Dkt. No. 8), hereby ORDERS, pursuant to 31 U.S.C. § 3730(b)(1), that:

1. Relators having agreed to dismiss all claims raised in this matter;
2. All of the claims set forth in the Complaint shall be dismissed against all Defendants without prejudice to the Relator, and without prejudice to the United States; and
3. The Complaint, this Order, and all other papers on file in this action shall be unsealed.

//
//
//

DATED this 6th day of September, 2018.

*[signature]*

The Honorable Marsha J. Pechman
United States Senior District Court Judge

Presented by:

*s/ Kayla Stahman*
KAYLA C. STAHMAN, CABA NO. 228931
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4073
E-mail: kayla.stahman@udsdoj.gov